1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> PERRY & ASSOCIATES ATTORNEYS AT LAW, et al., <br><br> Defendants. | No.  1:22-cv-00733-ADA-SKO <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION <br><br> (Doc. No. 5) |

Plaintiff Clifton Williams, Jr., a prisoner proceeding pro se and *in forma pauperis*, filed this action on June 16, 2022.  (Doc. Nos. 1, 3.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2022, the assigned Magistrate Judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915 and issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim. (Doc. No. 5.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service.  (*Id.* at 6.)  To date, no objections to the findings and recommendations have been filed, and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

1    *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

2    the findings and recommendations are supported by the record and by proper analysis.

3        Accordingly,

4        1.    The findings and recommendations issued on September 2, 2022 (Doc No. 5) are

5              adopted in full;

6        2.    This action is dismissed for failure to state a claim, without leave to amend; and

7        3.    The Clerk of Court is directed to close this case.

8

9

10   IT IS SO ORDERED.

11       Dated:   November 15, 2022    _____

12                                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28